UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES LEWIS HOPKINS                                                                                            PLAINTIFF

V.                                            No. 4:22-CV-01251-JM-JTR

PULASKI COUNTY REGIONAL
DETENTION FACILITY; HILL,
Sergeant, Pulaski County Regional
Detention Facility; and DEVORE, Deputy,
Pulaski County Regional Detention Facility                                                               DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Hopkins's claim against the Pulaski County Regional Detention Facility is DISMISSED, with prejudice.

IT IS SO ORDERED this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE