UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEWIS HOPKINS**     **PLAINTIFF**
**ADC #185090**

V.     Case No. 4:22-CV-01251-JM-BBM

**HILL, Sergeant, Pulaski County Regional**
**Detention Facility; and DEVORE, Deputy,**
**Pulaski County Regional Detention Facility**     **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion for Summary Judgment (Doc. 31) is GRANTED. Plaintiff James Lewis Hopkins's Complaint, First Amended Complaint, and Second Amended Complaint (Docs. 3, 4, 7) are DISMISSED, without prejudice, for failure to exhaust available administrative remedies.

IT IS SO ORDERED this 6th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE