UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEWIS HOPKINS**                                                   **PLAINTIFF**
**ADC #185090**

**V.**                    **Case No. 4:22-CV-01251-JM-BBM**

**HILL, Sergeant, Pulaski County Regional**
**Detention Facility; and DEVORE, Deputy,**
**Pulaski County Regional Detention Facility**                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 6th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE